IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:04-CR-00048-02-JM

COLBY CANTRAIL DENT

**AMENDED JUDGMENT**

Consistent with the Order entered today, Defendant is sentenced to 194 months on Count 1 and the conviction on Count 3 is vacated.

All other conditions from the May 11, 2007 judgment and May 8, 2008 order remain the same.[1]

The Clerk of the Court is directed to reimburse Defendant the $100 special penalty assessment for Count 3. This should be sent to his lawyer, Ms. Sylvia Talley.

IT IS SO ORDERED this 22nd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 187, 222.